

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00425-CR

| | | |
|---|---|---|
| Ex parte Hiep Duc Ngo | § | From the 371st District Court |
| | § | of Tarrant County (C-371-010869- |
| | § | 0929149-C) |
| | § | December 22, 2016 |
| | § | Opinion by Justice Gabriel |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　　Justice Lee Gabriel